# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NETHANIEL CHAIM BLUTH, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**SYRIAN ARAB REPUBLIC, et al.** )<br>)<br>**Defendants.** )<br>) | Civil Action No. 1:15-cv-665 (DLF) |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

**COME NOW** Plaintiffs Nethaniel Chaim Bluth, Shoshana Bluth, Ephraim Bluth, Tsipora Batya Bluth Reicher, Isaac Bluth, Yigal Bluth, Arieh Bluth, Chanina Bluth, Abraham Bluth, and Joseph Bluth pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and hereby give notice of voluntary dismissal against Defendants The Syrian Arab Republic and Syrian Military Intelligence.

Defendants have not been served and have not filed a response to the Complaint. This Notice of Dismissal resolves the claims of all Plaintiffs in the above-referenced action. .

Dated: January 19, 2018	Respectfully submitted,

*/s/ Michael J. Miller*
Michal J. Miller
David J. Dickens
**THE MILLER FIRM, LLC**
108 Railroad Avenue
Orange, VA  22960
Phone: (540) 672-4224
Facsimile: (540) 672-3055
*mmiller@millerfirmllc.com*
*Attorneys for Plaintiff*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 19th day of January, 2018, a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of Court using the CM/ECF system which will send a notification of such filing on all counsel of record.

/s/ Michael J. Miller
Michael J. Miller, Esq.